Rodney M. Jean, NV Bar # 1395
Gregory R. Gemignani, NV Bar # 7346
Lionel Sawyer & Collins
300 S. 4th St.
Las Vegas, Nevada 89101
(702) 383-8888 (Telephone)
(702) 383-8845 (Fax)

Attorneys for plaintiff James Roskind

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| James Roskind, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>Aaron Emigh, an individual; and Radix Labs, LLC, a Nevada limited liability company,<br><br>    Defendants. | Case No. CV-S-05-0825-RCJ-RJJ<br><br>**Order Re Sale of Assets** |

This matter came on for hearing on July 21, 2008, to set the terms for the sale of the assets of Radix Labs, LLC ("Radix"). James Roskind appeared through his attorney, Rodney M. Jean of Lionel Sawyer & Collins. Aaron Emigh appeared through his attorney, Brad Johnston of Holland & Hart. The Court, having previously determined that Radix should be dissolved pursuant to NRS 86.495 and its assets sold, with the proceeds of the sale used to pay creditors, and distributed to the members of Radix in accordance with their capital contributions under NRS 86.521, heard argument regarding the terms on which the existing patent and patent applications of Radix should be sold. Good cause appearing, it is hereby:

ORDERED that the existing patent and patent applications of Radix shall be sold at auction in open court at 10:00 a.m. on September 29, 2008. Brokers representing bidders shall identify themselves and the bidders whom they represent to counsel for either of the parties at least two business days prior to the auction. It shall be the obligation of counsel for the respective parties to provide opposing counsel with the identities of the brokers and the bidders whom they represent two business days before the date and hour of the auction. It is further

ORDERED that the patent and patent applications shall be offered for sale in the following order: first, any issued patents, in the order of the dates on which they were issued; second, any patent applications, in the order of the dates on which they were filed with the United Sates Patent and Trademark Office. It is further

ORDERED that Dr. Roskind and Mr. Emigh may advertise the sale using whatever media they choose at their own individual expense. Funds of Radix shall not be used to pay for any such advertising. It is further

ORDERED that there shall be no minimum opening bids, and all overbids shall be in minimum increments of $5,000; it is further

ORDERED that all bids shall be cash bids and bidders must settle payment within five business days after the auction. Dr. Roskind and Mr. Emigh may take amounts to be received as a result of successful bids of third parties into account as part of their bids and apply such amounts towards the purchase price of patent applications on which they have bid; it is further

ORDERED that broker's commissions shall not be considered in determining the amount of a bid and shall not be paid to brokers for unsuccessful bidders. However, broker's commission shall be paid directly out of successful bids to the broker on any successful bids as to which a broker has represented the bidder.

Dated: August 13, 2008

_____
United States District Judge

Submitted by:

Lionel Sawyer & Collins

By _____
Rodney M. Jean
*Attorneys for James Roskind*

Reviewed:

Holland & Hart

By: _____/s/ Brad Johnston_____
*Attorneys for Aaron Emigh*