ORIGINAL

Rodney M. Jean, NV Bar # 1395
Gregory R. Gemignani, NV Bar # 7346
Lionel Sawyer & Collins
300 S. 4th St.
Las Vegas, Nevada 89101
(702) 383-8888 (Telephone)
(702) 383-8845 (Fax)

Attorneys for plaintiff James Roskind

Brad M. Johnston
Holland & Hart LLP
5441 Kietzke Lane, #200
Reno, NV 89511
(775) 327-3000 (Telephone)
(775) 786-6179 (Fax)

Attorneys for defendant, Aaron Emigh

FILED ✓   RECEIVED ___
ENTERED ___   SERVED ON ___
COUNSEL/PARTIES OF RECORD

DEC - 9 2008

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| James Roskind, an individual, | ) Case No. CV-S-05-0825-RCJ-RJJ |
| Plaintiff, | ) |
| v. | ) |
| Aaron Emigh, an individual; and Radix Labs, LLC, a Nevada limited liability company, | ) |
| Defendants. | ) |

**Results Of Court Supervised Bidding On The Radix Patent Portfolio**

Attached hereto as Exhibits 50 through 56 are the bids submitted during an out-of-court continuance of the bid process commenced December 8, 2008, and continued on December 9, 2008, as well as a summary of the bids agreed upon by the parties.

Dated: December 9, 2008

Respectfully submitted,

Lionel Sawyer & Collins

By: _____
Rodney M. Jean
Gregory R. Gemignani

Attorneys for James Roskind

Holland & Hart LLP

By: _____
Brad M. Johnston

Attorneys for Aaron Emigh

## Results of Court Supervised Bidding on the Radix Patent Portfolio

December 9, 2008

| Group | Topic | Final Bid | Successful Bidder |
|---|---|---|---|
| A | location | $145,000 | Roskind |
| B | spam | $55,000 | Emigh |
| C | security (patching) | $80,000 | Roskind |
| D | spam | $25,000 | Emigh |
| E | multimedia | $95,000 | Emigh |
| F | backup | $35,000 | Emigh |
| G | spam/messaging | $75,000 | Emigh |
| H | spam/messaging | $35,000 | Emigh |
| I | phishing | $75,000 | Emigh |
| J | phishing | $25,000 | Emigh |
| K | voting | $30,000 | Roskind |
| L | messaging | $10,000 | Roskind |
| M | policy | $25,000 | Emigh |
| N | location | $35,000 | Emigh |
| O | search | $25,000 | Emigh |
| P | phishing | $60,000 | Roskind |
| Q | phishing/trusted path | $85,000 | Emigh |
| R | phishing/data security | $95,000 | Roskind |
| S | quarantine | $35,000 | Emigh |
| T | stateful remote control | $20,000 | Roskind |
| U | fraud prevention | $85,000 | Roskind |

Acknowledged

James Roskind

Aaron Emigh

*Roskind*

EXHIBIT 50

| Subject Area Group | Internal Docket Number | General Topic |
|---|---|---|
| A | PA-008 | location  $145,000 |
| A | PA-006 | location |
| A | PA-009 | location |
| A | PA-007 | location |
| A | CA-039 | location |
| B | PA-002 | spam |
| B | PA-001 | spam |
| B | PA-003 | spam |
| C | PB-005 | security (patching) |
| D | PA-004 | spam |
| E | PQ-011 | multimedia |
| E | PQ-010 | multimedia |
| F | PQ-014 | backup |
| F | PQ-013 | backup |
| F | PQ-012 | backup |
| G | PA-015 | spam/messaging |
| H | PJ-016 | spam/messaging |
| I | PA-017 | phishing |
| I | PA-019 | phishing |
| I | PA-020 | phishing |
| I | PA-018 | phishing |
| I | PA-021 | phishing |
| J | PA-022 | phishing |
| K | PJ-024 | voting |
| K | PJ-023 | voting |
| L | PA-025 | messaging |
| M | PA-027 | policy |
| M | PA-026 | policy |
| N | PJ-028 | location |
| N | PJ-029 | location |
| O | PA-030 | search |
| P | PA-031 | phishing |
| Q | PA-032 | phishing/trusted path |
| R | PA-033 | phishing/data security |
| S | PB-034 | quarantine |
| S | PB-035 | update distribution |
| S | PB-036 | malicious message handling |
| T | PB-037 | stateful remote control |
| U | PA-038 | phishing/infoshare |

JAMES ROSKIND

AARON EMIGH

EXHIBIT 51

| Subject Area Group | Internal Docket Number | General Topic |
|---|---|---|
| A | PA-008 | location |
| A | PA-006 | location |
| A | PA-009 | location |
| A | PA-007 | location |
| A | CA-039 | location |
| B | PA-002 | spam |
| B | PA-001 | spam |
| B | PA-003 | spam |
| C | PB-005 | security (patching) |
| D | PA-004 | spam |
| E | PQ-011 | multimedia |
| E | PQ-010 | multimedia |
| F | PQ-014 | backup |
| F | PQ-013 | backup |
| F | PQ-012 | backup |
| G | PA-015 | spam/messaging |
| H | PJ-016 | spam/messaging |
| I | PA-017 | phishing |
| I | PA-019 | phishing |
| I | PA-020 | phishing |
| I | PA-018 | phishing |
| I | PA-021 | phishing |
| J | PA-022 | phishing |
| K | PJ-024 | voting |
| K | PJ-023 | voting |
| L | PA-025 | messaging |
| M | PA-027 | policy |
| M | PA-026 | policy |
| N | PJ-028 | location |
| N | PJ-029 | location |
| O | PA-030 | search |
| P | PA-031 | phishing |
| Q | PA-032 | phishing/trusted path |
| R | PA-033 | phishing/data security |
| S | PB-034 | quarantine |
| S | PB-035 | update distribution |
| S | PB-036 | malicious message handling |
| T | PB-037 | stateful remote control |
| U | PA-038 | phishing/infoshare  75,000 |

JAMES ROSKIND

AARON EMIGH

*Roskind* EXHIBIT 52

| Subject Area Group | Internal Docket Number | General Topic |
|---|---|---|
| A | PA-008 | location |
| A | PA-006 | location |
| A | PA-009 | location |
| A | PA-007 | location |
| A | CA-039 | location |
| B | PA-002 | spam |
| B | PA-001 | spam |
| B | PA-003 | spam |
| C | PB-005 | security (patching) *80,000* |
| D | PA-004 | spam |
| E | PQ-011 | multimedia |
| E | PQ-010 | multimedia |
| F | PQ-014 | backup |
| F | PQ-013 | backup |
| F | PQ-012 | backup |
| G | PA-015 | spam/messaging |
| H | PJ-016 | spam/messaging |
| I | PA-017 | phishing |
| I | PA-019 | phishing |
| I | PA-020 | phishing |
| I | PA-018 | phishing |
| I | PA-021 | phishing |
| J | PA-022 | phishing |
| K | PJ-024 | voting |
| K | PJ-023 | voting |
| L | PA-025 | messaging |
| M | PA-027 | policy |
| M | PA-026 | policy |
| N | PJ-028 | location |
| N | PJ-029 | location |
| O | PA-030 | search |
| P | PA-031 | phishing |
| Q | PA-032 | phishing/trusted path |
| R | PA-033 | phishing/data security |
| S | PB-034 | quarantine |
| S | PB-035 | update distribution |
| S | PB-036 | malicious message handling |
| T | PB-037 | stateful remote control |
| U | PA-038 | phishing/infoshare |

*/s/ JAMES ROSKIND*

*/s/ AARON EMIGH*

EXHIBIT 53

| Subject Area Group | Internal Docket Number | General Topic |
|---|---|---|
| A | PA-008 | location |
| A | PA-006 | location |
| A | PA-009 | location |
| A | PA-007 | location |
| A | CA-039 | location |
| B | PA-002 | spam |
| B | PA-001 | spam |
| B | PA-003 | spam |
| C | PB-005 | security (patching) |
| D | PA-004 | spam |
| E | PQ-011 | multimedia |
| E | PQ-010 | multimedia |
| F | PQ-014 | backup |
| F | PQ-013 | backup |
| F | PQ-012 | backup |
| G | PA-015 | spam/messaging   75,000 |
| H | PJ-016 | spam/messaging |
| I | PA-017 | phishing |
| I | PA-019 | phishing |
| I | PA-020 | phishing |
| I | PA-018 | phishing |
| I | PA-021 | phishing |
| J | PA-022 | phishing |
| K | PJ-024 | voting |
| K | PJ-023 | voting |
| L | PA-025 | messaging |
| M | PA-027 | policy |
| M | PA-026 | policy |
| N | PJ-028 | location |
| N | PJ-029 | location |
| O | PA-030 | search |
| P | PA-031 | phishing |
| Q | PA-032 | phishing/trusted path |
| R | PA-033 | phishing/data security   85,000 |
| S | PB-034 | quarantine |
| S | PB-035 | update distribution |
| S | PB-036 | malicious message handling |
| T | PB-037 | stateful remote control |
| U | PA-038 | phishing/infoshare |

JAMES ROSKIND

AARON EMIGH

*Roskind*

EXHIBIT 54

| Subject Area Group | Internal Docket Number | General Topic |
|---|---|---|
| A | PA-008 | location |
| A | PA-006 | location |
| A | PA-009 | location |
| A | PA-007 | location |
| A | CA-039 | location |
| B | PA-002 | spam |
| B | PA-001 | spam |
| B | PA-003 | spam |
| C | PB-005 | security (patching) |
| D | PA-004 | spam |
| E | PQ-011 | multimedia |
| E | PQ-010 | multimedia |
| F | PQ-014 | backup |
| F | PQ-013 | backup |
| F | PQ-012 | backup |
| G | PA-015 | spam/messaging |
| H | PJ-016 | spam/messaging |
| I | PA-017 | phishing |
| I | PA-019 | phishing |
| I | PA-020 | phishing |
| I | PA-018 | phishing |
| I | PA-021 | phishing |
| J | PA-022 | phishing |
| K | PJ-024 | voting |
| K | PJ-023 | voting |
| L | PA-025 | messaging |
| M | PA-027 | policy |
| M | PA-026 | policy |
| N | PJ-028 | location |
| N | PJ-029 | location |
| O | PA-030 | search |
| P | PA-031 | phishing |
| Q | PA-032 | phishing/trusted path |
| R | PA-033 | phishing/data security $95,000 |
| S | PB-034 | quarantine |
| S | PB-035 | update distribution |
| S | PB-036 | malicious message handling |
| T | PB-037 | stateful remote control |
| U | PA-038 | phishing/infoshare $85,000 |

2 Bids

*JAMES ROSKIND*

*AARON EMIGH*

EMIGH — STATEMENT OF ACCEPTABILITY RE. BIDS    EXHIBIT 55

| Subject Area Group | Internal Docket Number | General Topic | |
|---|---|---|---|
| A | PA-008 | location | 145,000 |
| A | PA-006 | location | |
| A | PA-009 | location | |
| A | PA-007 | location | |
| A | CA-039 | location | |
| B | PA-002 | spam | 55,000 |
| B | PA-001 | spam | |
| B | PA-003 | spam | |
| C | PB-005 | security (patching) | 80,000 |
| D | PA-004 | spam | 25,000 |
| E | PQ-011 | multimedia | 95,000 |
| E | PQ-010 | multimedia | |
| F | PQ-014 | backup | 35,000 |
| F | PQ-013 | backup | |
| F | PQ-012 | backup | |
| G | PA-015 | spam/messaging | 75,000 |
| H | PJ-016 | spam/messaging | 35,000 |
| I | PA-017 | phishing | 75,000 |
| I | PA-019 | phishing | |
| I | PA-020 | phishing | |
| I | PA-018 | phishing | |
| I | PA-021 | phishing | |
| J | PA-022 | phishing | 25,000 |
| K | PJ-024 | voting | 30,000 |
| K | PJ-023 | voting | |
| L | PA-025 | messaging | 10,000 |
| M | PA-027 | policy | 25,000 |
| M | PA-026 | policy | |
| N | PJ-028 | location | 35,000 |
| N | PJ-029 | location | |
| O | PA-030 | search | 25,000 |
| P | PA-031 | phishing | 40,000 |
| Q | PA-032 | phishing/trusted path | 85,000 |
| R | PA-033 | phishing/data security | 95,000 |
| S | PB-034 | quarantine | 36,000 |
| S | PB-035 | update distribution | |
| S | PB-036 | malicious message handling | |
| T | PB-037 | stateful remote control | 20,000 |
| U | PA-038 | phishing/infoshare | 85,000 |

ENTERING NO BIDS AT THIS TURN. EXISTING BIDS ARE ACCEPTABLE TO ME IF ROSKIND AGREES. NUMBERS WRITTEN HERE ARE OUR UNDERSTANDING OF CURRENT HIGH BIDS, WITH GROUPS ON WHICH ROSKIND IS THE HIGH BIDDER INDICATED IN RED, AND GROUPS ON WHICH EMIGH IS THE HIGH BIDDER IN BLACK.

JAMES ROSKIND

AARON EMIGH

**Roskind**

EXHIBIT 56

| Subject Area Group | Internal Docket Number | General Topic |
|---|---|---|
| A | PA-008 | location |
| A | PA-006 | location |
| A | PA-009 | location |
| A | PA-007 | location |
| A | CA-039 | location |
| B | PA-002 | spam |
| B | PA-001 | spam |
| B | PA-003 | spam |
| C | PB-005 | security (patching) |
| D | PA-004 | spam |
| E | PQ-011 | multimedia |
| E | PQ-010 | multimedia |
| F | PQ-014 | backup |
| F | PQ-013 | backup |
| F | PQ-012 | backup |
| G | PA-015 | spam/messaging |
| H | PJ-016 | spam/messaging |
| I | PA-017 | phishing |
| I | PA-019 | phishing |
| I | PA-020 | phishing |
| I | PA-018 | phishing |
| I | PA-021 | phishing |
| J | PA-022 | phishing |
| K | PJ-024 | voting |
| K | PJ-023 | voting |
| L | PA-025 | messaging |
| M | PA-027 | policy |
| M | PA-026 | policy |
| N | PJ-028 | location |
| N | PJ-029 | location |
| O | PA-030 | search |
| P | PA-031 | phishing |
| Q | PA-032 | phishing/trusted path |
| R | PA-033 | phishing/data security |
| S | PB-034 | quarantine |
| S | PB-035 | update distribution |
| S | PB-036 | malicious message handling |
| T | PB-037 | stateful remote control |
| U | PA-038 | phishing/infoshare |

Roskind accepts the current status of bids as set forth in exhibit 55, and agrees that bidding is now closed.

JAMES ROSKIND

AARON EMIGH